# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAWN DEE WALDRON,

        Plaintiff,

No. 1:18-cv-00398-KRS

v.

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

        Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Proceed *In Forma Pauperis* with Financial Affidavit Pursuant to 28 U.S.C. § 1915, filed April 27, 2018. (Doc. 2). Having reviewed the motion, the Court determines that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* is hereby **GRANTED.**

                                                  /s/ Kevin Sweazea
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE